DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FERNANDO GASTON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-3951

[July 5, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrew L. Siegel, Judge; L.T. Case Nos. 08-20654CF10A and 09-1538CF10A.

Fernando Gaston, Wewahitchka, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., WARNER and GROSS, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***